**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HOWARD COHAN,

    Plaintiff,

v.                                                       Case No: 8:14-cv-2000-T-30AEP

TROPICANA RESORT MOTELS, LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #4). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of October, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record